AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Timothy Rooney | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-cv-00995-LPS |
| Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David Reed Gibson, Robert V.A. Harra, Jr. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wilmington Trust Corporation
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  A. Zachary Naylor
Chimicles & Tikellis LLP
222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
(302)656-2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 1 3 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-cv-00995-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wilmington Trust Corporation was received by me on *(date)* 12/14/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Allison Berl, Records Custodian, who is designated by law to accept service of process on behalf of *(name of organization)* Wilmington Trust Corporation on *(date)* 12/14/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/2010

*Server's Signature*

Danny P. Randolph, Jr., Process Server
*Printed name and title*

Chimicles & Tikellis LLP
222 Delaware Avenue, Suite 1100
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: